IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CV-288-BO-RJ

BRITTANY FLONARD )
        Plaintiff, )
         )
v. )    O R D E R
         )
TRANSUNION, LLC, )
        Defendant. )

This cause comes before the Court on a memorandum and recommendation filed by United States Magistrate Judge Robert B. Jones, Jr. [DE 5]. Plaintiff, who proceeds in this action *pro se*, responded to the memorandum and recommendation (M&R) by filing an amended complaint. [DE 6].

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the magistrate judge's report or specified proposed findings or recommendations to which objection is made." *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (cleaned up) (emphasis omitted); *see also* 28 U.S.C. § 636(b)(1); Fed R. Civ. P. 72(b)(3). A party's objections must be made "with sufficient specificity so as reasonably to alert the district court of the true ground for the objection." *United States v. Midgette*, 478 F.3d 616, 622 (4th Cir. 2007).

Magistrate Judge Jones has allowed plaintiff's motion to proceed *in forma pauperis* and recommended that her complaint be dismissed without prejudice. Plaintiff's complaint alleges violations of the Fair Credit Reporting Act. Magistrate Judge Jones recommends dismissal of her

complaint because plaintiff fails to include factual support on which her claims could be evaluated on the merits.

In response, plaintiff filed an amended complaint. The Court has considered the allegations in the amended complaint and determines that they are sufficient to survive initial review under 28 U.S.C. § 1915(e). Accordingly, the Court REJECTS the memorandum and recommendation as MOOT in light of the filing of the amended complaint. The amended complaint is allowed to proceed.

SO ORDERED, this ⧸⧸ day of August 2025.

_Terrence Boyle_
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

2

Case 5:25-cv-00288-BO-RJ    Document 7    Filed 08/26/25    Page 2 of 2